THOMAS F. BURKE, as Administrator of the Estate of JOHANNA BURKE, Deceased, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Burke* v. *N. Y. C. & H. R. R. R. Co.*, 111 App. Div. 915, affirmed. (Argued April 21, 1908; decided May 19, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 16, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been caused by defendant's negligence.

*M. A. Schenck* and *Clarence C. Ferris* for appellant.

*Robert A. Kutschbock* and *Charles C. Paulding* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

THE NEW YORK AND LONG ISLAND RAILROAD COMPANY Respondent, *v.* JOHN H. O'BRIEN, as Fire Commissioner of the City of New York, et al., Appellants.

*N. Y. & Long Island R. R. Co.* v. *O'Brien*, 121 App. Div. 819, affirmed. (Argued April 21, 1908; decided May 19, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 27, 1907, which affirmed a judgment of Special Term restraining the defendants from revoking certain permits or interfering with the plaintiff or its contractor in the construction of a tunnel under the East river between the boroughs of Manhattan and Queens.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for appellants.

*Morgan J. O'Brien* and *George W. Wickersham* for respondent.

Judgment affirmed, with costs, on opinion of CLARKE, J., below.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.